WETZLAR v. WOOD et al. (three cases). (Supreme Court, Appellate Division, First Department. December 20, 1912.) Actions by Julius G. Wetzlar against Catherine S. Wood and the New York Finance Company, implead-

ed with others. C. Andrade, of New York City, for appellants. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgments affirmed, with costs, on 143 App. Div. 311, 128 N. Y. Supp. 501. Orders filed. See, also, 137 N. Y. Supp. 1149.

WHITE et al., Respondents, v. CALVERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by William N. White and another against Leonard Calvert. No opinion. Order affirmed, with $10 costs and disbursements.